IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENDRICK STORY**
**ADC #109934**                                                            **PLAINTIFF**

v.                       No. 5:13-cv-286-DPM

**MARK CASHION, Warden, Randall**
**L. Williams Unit; and EMMA WATERS,**
**Kitchen Supervisor, Randall L. Williams Unit**          **DEFENDANTS**

## JUDGMENT

Story's claim against Cashion is dismissed with prejudice. His claim against Waters is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 February 2014