IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENDRICK STORY
ADC #109934                                                            PLAINTIFF

v.                       No. 5:13-cv-286-DPM

MARK CASHION, Warden, Randall
L. Williams Unit and EMMA WATERS,
Kitchen Supervisor, Randall L. Williams Unit         DEFENDANTS

### ORDER

Motion for reconsideration, № 22, denied for the reasons previously stated, № 20.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2014